

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON**

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. ___2:26-cr-00047___

                                      18 U.S.C. § 641

KWANIQUE MARTIN

## I N F O R M A T I O N

The United States Attorney Charges:

On or about March 1, 2025, at or near Summersville, Nicholas County, West Virgina, and within the Southern District of West Virginia, defendant KWANIQUE MARTIN, did knowingly and willfully embezzle, steal, purloin, and convert to his own use and the use of another, money belonging to the United States and a department and agency thereof in a total amount greater than $1,000, by taking a United States Treasury check that was made payable to M.F. and had a face value of $1,400.00 in a Walmart department store located in or around Summersville, West Virginia, and cashing said United States Treasury check without the permission of the lawful owner.

In violation of Title 18, United States Code, Sections 641.

## Notice of Forfeiture

The allegations contained in this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C), and 28 U.S.C. § 2461.

Pursuant to 18 U.S.C. §§ 981(a)(1)(C), 28 U.S.C. § 2461 and Rule 32.2 of the Federal Rules of Criminal Procedure, upon conviction of the offense in violation of 18 U.S.C. § 641 and as set forth in the Information, defendant KWANIQUE MARTIN shall forfeit to the United States of America, any property real or personal which constitute or are derived from, any proceeds traceable to the violation charged herein, and any property involved in or used in the offense. The property to be forfeited includes, but is not limited to $14,002.72 more or less, in United States Currency seized by law enforcement officers on March 2, 2025.

UNITED STATES OF AMERICA

MOORE CAPITO
United States Attorney

By:  _____
ERIK S. GOES
Assistant United States Attorney